ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

                Plaintiff,                Case No: 25MJ932 (KPB)

    -against-                   **ORDER OF DISMISSAL**

TERRELL K. LIETOS,

                Defendant.
-------------------------------------------------------

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED,

_____
Hon. Kim P. Berg
United States Magistrate Judge

Dated: 7th day of November, 2025
Poughkeepsie, New York